**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 4:26-mj-05006-SNOW**

**UNITED STATES OF AMERICA**

**v.**

**IGNACIO MAUS MEDINA,**

      **Defendant.**

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   _/s/Jackson K. Dering V_
      Jackson K. Dering V
      Assistant United States Attorney
      Fl Bar ID: A5503449
      United States Attorney's Office
      99 N.E. 4th Street
      Miami, FL 33132
      (786) 239-9274
      Jackson.Dering@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>**IGNACIO MAUS MEDINA,** | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>　　4:26-mj-05006-SNOW |
| _____<br>*Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 4, 2026 _____ in the county of _____ Monroe _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry of a Removed Alien |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT.**

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Evans, Border Patrol Agent
*Printed name and title*

Sworn to before me telephonically.

Date: 4/6/26

*Judge's signature*

City and state: _____ Key West, Florida _____

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher M. Evans, being duly sworn, depose and state the following:

### AGENT BACKGROUND AND INTRODUCTION

1.      I am a Border Patrol Agent with the United States Border Patrol ("USBP") where I have worked since 2019. I am assigned as a sworn law enforcement officer at the Marathon Border Patrol Station, Marathon, Florida. In that capacity, my duties include investigating federal criminal offenses, including Title 8 offenses, in the Southern District of Florida. I have prepared cases for immigration proceedings and served multiple arrest warrants. I am also tasked with determining the lawfulness of travelers' entry into the United States. Some of my duties include executing search and arrest warrants and making warrantless arrests in accordance with federal law. As an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), I am empowered by law to conduct investigations of, and to make arrests for, violations of federal statutes.

2.      The statements contained in this Affidavit are based upon my personal knowledge gathered during my participation in this investigation, my previous training and experience, and upon facts and information I received directly from other law enforcement officials and employees of USBP. Because this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included each and every fact known to be or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3.      I submit this Affidavit in support of a Criminal Complaint charging **IGNACIO MAUS MEDINA** ("**MAUS MEDINA**") with illegal entry of a removed alien, in violation of Title 8, United States Code, Section 1326(a).

1

**PROBABLE CAUSE**

4.      On or about April 4, 2026, USBP conducted routine patrols and highway interdictions in and around the area of Key West, Florida.

5.      At approximately 11:40 a.m., USBP performed an investigatory to stop. During questioning, the subject, later identified as **MAUS MEDINA**, stated that he was citizen of Mexico. USBP contacted Miami Sector Communications (KAK-220), who confirmed that **MAUS MEDINA** was an illegal alien from Mexico with a Final Order of Removal and five previous deportations. **MAUS MEDINA** was placed under arrest and transported back to the Marathon Border Patrol Station for processing and disposition.

6.      At the station, additional database checks were conducted to confirm **MAUS MEDINA's** immigration status. **MAUS MEDINA's** biographical and biometric information were entered into United States Department of Homeland Security ("DHS") systems, including the Integrated Automated Fingerprint Identification System ("IAFIS"). These checks confirmed that **MAUS MEDINA** had previously been removed from the United States on August 25, 2005, July 5, 2011, November 12, 2011, March 1, 2016, and September 20, 2017.

7.      The records also indicate that **MAUS MEDINA** did not have the consent of the Attorney General of the United States or the Department of Homeland Secretary to reapply for admission to the United States.

**CONCLUSION**

8.      Based on the foregoing, I submit that probable cause exists to believe that, on or about April 4, 2026, **IGNACIO MAUS MEDINA**, a citizen of Mexico, was found to be in the United States, without having received the express consent from the Attorney General or the

2

Department of Homeland Security to reapply for admission to the United States, in violation of

Title 8, United States Code, Section 1326(a).

Respectfully submitted,

_____
CHRISTOPHER M. EVANS
BORDER PATROL AGENT

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone this_____ day of April 2026.

_____
HONORABLE LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

3

Department of Homeland Security to reapply for admission to the United States, in violation of

Title 8, United States Code, Section 1326(a).

Respectfully submitted,

CHRISTOPHER M. EVANS
BORDER PATROL AGENT

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone this ___6th___ day of April 2026.

HONORABLE LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

3